SO ORDERED.

Dated: March 24, 2022



*Madeleine C. Wanslee*
Madeleine C. Wanslee, Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| GALINDO, NICOLE ODILIA | ) ) ) | Case No. 2:20-bk-06823-MCW |
| Debtor(s). | ) ) ) ) ) | ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT |

Upon application of the Trustee and good cause appearing,

IT IS HEREBY ORDERED that the Trustee pay over the amount $2,242.82 to the Clerk of the Court to pursuant to Bankruptcy Rule 3010, and §347 of the Code.

DATED AND SIGNED ABOVE