| Fill in this Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Nicole | Odilia | Galindo |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of Arizona | | |
| Case Number: | 2:20-bk-06823-MCW | | |

Form 1340 (12/19)

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $2,242.82 |
|---|---|
| Claimant's Name: | Dilks & Knopik, LLC |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 35308 SE Center St<br>Snoqualmie, WA 98065<br>(425) 836-5728<br>admin@dilksknopik.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 4. Notice to United States Attorney

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
District of Arizona
2 Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004

---

### 5. Applicant Declaration
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: March 30, 2022

_____
Signature of Applicant
Andrew T. Drake – Vice President
Dilks & Knopik, LLC

35308 SE Center Street
Snoqualmie, WA 98065
425-836-5728 x123
admin@dilksknopik.com

### 5. Co-Applicant Declaration (if applicable)
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

_____
Signature of Co-Applicant (if applicable)

_____
Printed Name of Co-Applicant (if applicable)

Address:

Telephone: _____

Email: _____

---

### 6. Notarization
STATE OF <u>WASHINGTON</u>

COUNTY OF <u>KING</u>

This Application for Unclaimed Funds, dated <u>March 30, 2022</u> was subscribed and sworn to before me this <u>30th</u> day of <u>March</u>, 20<u>22</u> by <u>Andrew T. Drake</u> who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public: _____
                        Matthew Zettley

My commission expires: <u>February 19, 2026</u>

**MATTHEW ZETTLEY**
**NOTARY PUBLIC #197679**
**STATE OF WASHINGTON**
**COMMISSION EXPIRES**
**FEBRUARY 19, 2026**

### 6. Notarization
STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ____ day of _____, 20____ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public _____

My commission expires:

# CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required documentation was mailed to:

United States Attorney for District of Arizona
2 Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004

Names and addresses of all other parties served:

Date: March 30, 2022

_____
Andrew T. Drake - Vice President
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

# Explanation of Supporting Documentation
## for
## Application for Payment of Unclaimed Funds

The claimant did not receive the dividend check in the above case for the following reason:

Dividends were not collected by the debtor, Nicole Odilia Galindo.

Nicole Odilia Galindo has assigned her unclaimed funds to Dilks & Knopik LLC.

Date: March 30, 2022

Andrew T. Drake - Vice President
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065